BEFORE THE SECOND DIVISION, DECEMBER 3, 1953

**No. 57661.**—Chase Brass & Copper Co. *v.* United States, protest 203265–K (New York).

Opinion by LAWRENCE, J. It appearing that the protest was not filed within the statutory period allowed by section 514, Tariff Act of 1930 (19 U. S. C. § 1514), the protest was dismissed.